## STATE v. ELSIE WEINBERG.[2]

July 3, 1913.

Nos. 18,033—(7).

**Sale of intoxicating liquor.**

The evidence supported a conviction for making an illegal sale. [Reporter].

Defendant was arraigned in the municipal court of Minneapolis, tried before Charles L. Smith, J., and found guilty of selling intoxicating liquor without a license. From an order denying defendant's motion for a new trial, she appealed. Affirmed.

*F. H. Ayers* and *W. E. Flynn,* for appellant.
*Daniel Fish,* City Attorney, *J. T. O'Donnell,* Assistant City Attorney, for respondent.

[1] Reported in 142 N. W. 316.          [2] Reported in 142 N. W. 1135.

PER CURIAM.

On a trial in the municipal court of Minneapolis, without a jury, the defendant was convicted of an unlawful sale of intoxicating liquors. She appealed from an order denying her a new trial. The sole question involved is whether the evidence is sufficient to sustain the conviction. We have examined the record and conclude that it is.

Order affirmed.